ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
QING WANG,

                Plaintiff,

  - against -

THE ROGOSIN INSTITUTE,

                Defendant.
----------------------------------x

07 Civ. 5892 (PAC)(DFE)

This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    1.  All pre-trial correspondence in this case should be sent to me, and not to Judge Crotty.  He has forwarded to me the parties' confidentiality stipulation, and I have signed it.

    2.  Dr. Wang has sent me a letter dated November 3, 2007 (copy enclosed).  I rule that, for all pretrial matters, Dr. Wang must make his own arrangements if he wants a Chinese interpreter.  I make this ruling for the following reasons:

        a.  Dr. Wang has a Ph.D., has lived in the United States for the past 12 years, and worked for defendant as a research chemist.

        b.  As shown by the attachment to the Complaint, Dr. Wang was represented by an attorney when this matter was in front of the EEOC.

        c.  Dr. Wang is the one who chose to bring suit.

        d.  As a general practice, I avoid speaking quickly.  I am fairly sure that defense counsel will adopt that practice when speaking to Dr. Wang.

                      _____
                        DOUGLAS F. EATON
                        United States Magistrate Judge
                        500 Pearl Street, Room 1360
                        New York, New York 10007
                        Telephone: (212) 805-6175
                        Fax: (212) 805-6181



-1-

Dated:    New York, New York
          November 8, 2007

Copies of this Memorandum and Order (and of Dr. Wang's 11/3/07 letter to me) are being sent by mail to:

Dr. Qing Wang, Ph.D.
95 Knickerbocker Road
Plainview, NY 11803

Melissa J. Beekman, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211
(also by fax to 212-661-0989fax)

Hon. Paul A. Crotty

NOV - 8 2007

Qing Wang
95 Knickerbocker Road
Plainview, NY 11803

November 3, 2007

**Via United State Post Office Mail**
Honorable Douglas F Eaton
United States District Court
Southern District Court of New York
500 Pearl Street
Room 1360
New York, NY 10007

Re: Qing Wang v. The Rogosin Institute
<u>07 Civ 5892 (PAC) (DFE)</u>

Dear Judge Eaton,

    This letter is in regards to the initial case management conference scheduled on Tuesday November 27, 2007 at 10:00 AM. I am writing to request a translator at the time of the conference.

    The reason for the request for a translator is that I was born in China and moved to the United States when I was 38 years old. English is my second language, and I am not fluent in it. I am concerned that during the meeting, I will not be able to understand the proceedings, as I am not clear on many legal terms, and I have difficulty understanding spoken English, especially when it is spoken quickly. I was told by the pro se office that I could request a translator on your discretion. I am not sure whether the court can provide a translator for me or whether I need to find my own. However, having a translator present would be tremendously helpful for my comprehension during this meeting.

    Thank you for your time and consideration.

Respectfully Submitted,

Qing Wang *(signature)*

cc: Melissa J. Beekman (Via United State Post Office Mail)