USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 27 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

QING WANG,

            Plaintiff,

  – against –

THE ROGOSIN INSTITUTE,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.:
07 CV 5892 (PAC)(DFE)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Defendant and Plaintiff *Pro Se*, whose signatures appear below, that plaintiff's complaint and this action is hereby dismissed <u>with prejudice</u>. Each side will bear its own expenses and costs, including their own respective attorneys' fees.

Dated: June 17, 2008

By: _____
Qing Wang
Plaintiff *Pro Se*

95 Knickerbocker Road
Plainview, New York 11803
(516) 390-9304
Plaintiff Pro Se

EPSTEIN BECKER & GREEN, P.C.

By: _____
Dean L. Silverberg

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

Dated: JUN 27 2008

**Copies Mailed By Chambers**

NY:2641750v1